1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        SOUTERN DIVISION

11  ANDRES VASQUEZ NAVARRETE,           )
                                        )
12              Petitioner,             ) Case No. SACV 14-203 PSG (AJW)
                                        )
13          v.                          )
                                        ) ORDER ACCEPTING REPORT AND
14  DAVID B. LONG, WARDEN,              ) RECOMMENDATION OF
                                        ) MAGISTRATE JUDGE
15              Respondent.             )
    _____ )

16

17       The Court has reviewed the entire record in this action, the

18  Report and Recommendation of Magistrate Judge ("Report"), and

19  petitioner's objections. The Court accepts the findings of fact,

20  conclusions of law, and recommendations contained in the Report after

21  having made a de novo determination of the portions to which

22  objections were directed.

23       DATED: 10/21/16

24

25                              _____

26                              Philip S. Gutierrez
                                United States District Judge

27

28