UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANDRES VASQUEZ NAVARRETE, ) | Case No. SACV 14-203-PSG(AJW) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| DAVID B. LONG, Warden, ) | |
| ) | |
| Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 10/21/16

_____
Philip S. Gutierrez
United States District Judge